Dr. Elmar Lawrence TUFTS, Movant, v. Sarah F. TUFTS, Opposed.

Court of Appeals of Kentucky.

Nov. 16, 1943.

Edrington and Redmon and Davis W. Edwards for movant.

Dodd and Dodd opposed.

PER CURIAM.

Motion for an appeal from the Jefferson circuit court. Motion for appeal overruled, judgment affirmed. Judgment $30 per week and use of home and furniture, subject to modification by chancellor.

Bessie HINES, Movant, v. Mae SHAFFER, et al., Opposed.

Court of Appeals of Kentucky.

Nov. 26, 1943.

Joe S. Freeland for movant.

C. H. Lowry, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

The PRUDENTIAL INSURANCE COMPANY OF AMERICA, Movant, v. John A. BLANKENSHIP, Opposed.

Court of Appeals of Kentucky.

Nov. 30, 1943.

Wheeler and Shelbourne for movant.

Charles Ferguson and R. B. Dycus, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.